# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN MAURICE ROBINSON, )<br>　　Petitioner, )<br>　　　　　　　　　　　　　　) | |
| v.　　　　　　　　　　　　　　) | CIVIL ACTION NO. 13-00553-KD-M |
| 　　　　　　　　　　　　　　) | |
| CARTER DAVENPORT, )<br>　　Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 4) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 31, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue contemporaneously by separate document.

**DONE** and **ORDERED** this the **3rd** day of **February 2014**.

　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**